IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENONAH PARKER,<br><br>                Plaintiff,<br><br>     v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                Defendant. | CASE NO. 1:20-cv-00601-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER<br><br>(Doc. 15) |

Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 6-1 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: February 10, 2021            Respectfully submitted,

                                                       MCGREGOR W. SCOTT
                                                       United States Attorney

                                                       */s/ Benjamin E. Hall*
                                                       BENJAMIN E. HALL
                                                       Assistant U.S. Attorney

IT IS SO ORDERED.

    Dated: **February 11, 2021**                  **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE