# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENONAH PARKER, | Case No. 1:20-CV-00601 |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | (doc. 20) |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from May 17, 2021 to June 16, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF . All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:     April 16, 2021     PENA & BROMBERG, ATTORNEYS AT LAW

|   |   |
|---|---|
|   | By: */s/ Jonathan Omar Pena*<br>JONATHAN OMAR PENA<br>Attorneys for Plaintiff |
| Dated:  April 16, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
|   | By:  **/s/ Marcelo N. Illarmo*<br>Marcelo N. Illarmo<br>Special Assistant United States Attorney<br>Attorneys for Defendant<br>(*As authorized by email on April 16, 2021) |

2

## **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

   Dated:   **April 19, 2021**                   **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE